■ THE PEOPLE OF THE STATE OF NEW YORK, v LOVENIA V., Appellant. [8 NYS3d 560]—

Judgment, Supreme Court, Bronx County (Richard Lee Price, J.), rendered May 7, 2012, convicting defendant, after a nonjury trial, of assault in the third degree, resisting arrest, obstructing governmental administration in the second degree, menacing and harassment in the second degree, adjudicating her a youthful offender, and sentencing her to an aggregate term of three years' probation, with community service, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility, including its evaluation of any inconsistencies. The evidence supports the conclusions that defendant punched a school safety officer in her face, causing swelling, that the injury caused "more than slight or trivial pain" (*see People v Chiddick*, 8 NY3d 445, 447 [2007]; *see also People v Guidice*, 83 NY2d 630, 636 [1994]), and that defendant acted with the requisite intent to cause physical injury.

We perceive no basis for reducing the sentence. Concur—

Mazzarelli, J.P., Acosta, Saxe, Manzanet-Daniels and Clark, JJ.

---

Motion to strike reply brief granted.